# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LESLIE N. FAULKNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIV-07-85-R |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered February 20, 2008. Doc. No. 15. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner of Social Security Administration denying Plaintiff's applications for disability insurance and supplemental security income benefits is AFFIRMED.

**It is so ordered this 14th day of March, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE